**Dismissed and Opinion Filed December 10, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00558-CV**

**RUBEN TRINIDAD, Appellant**
**V.**
**EXECUTIVE INN, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-02504-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Miskel, and Justice Breedlove
Opinion by Justice Miskel

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by November 2, 2024. By postcard dated November 5, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 38.8 (a)(1); 42.3(b), (c).

240558f.p05

/Emily Miskel/
EMILY MISKEL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

RUBEN TRINIDAD, Appellant

No. 05-24-00558-CV      V.

EXECUTIVE INN, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-24-02504-E.
Opinion delivered by Justice Miskel. Chief Justice Burns and Justice Breedlove participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 10th day of December, 2024.